JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. THOMPSON, | Case No. CV 11-931-DSF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TIM OCHOA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 1/19/12

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE